# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# NORTHERN DIVISION

In re *Anil   Bembey*

Case No. *10-11577*
Chapter *12*

_____ / Debtor

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data"if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | Attached (Yes/No) | No. of Sheets | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A-Real Property | *Yes* | *1* | $        *600,000.00* | | |
| B-Personal Property | *Yes* | *4* | $         *61,614.99* | | |
| C-Property Claimed as Exempt | *Yes* | *2* | | | |
| D-Creditors Holding Secured Claims | *Yes* | *2* | | $      *1,248,715.33* | |
| E-Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | *Yes* | *2* | | $             *0.00* | |
| F-Creditors Holding Unsecured Nonpriority Claims | *Yes* | *9* | | $      *1,462,938.11* | |
| G-Executory Contracts and Unexpired Leases | *Yes* | *1* | | | |
| H-Codebtors | *Yes* | *2* | | | |
| I-Current Income of Individual Debtor(s) | *Yes* | *1* | | | $         *3,500.00* |
| J-Current Expenditures of Individual Debtor(s) | *Yes* | *1* | | | $         *1,918.00* |
| TOTAL | | *25* | $       *661,614.99* | $      *2,711,653.44* | |

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
## NORTHERN DIVISION

In re *Anil   Bembey*

Case No. *10-11577*

Chapter *12*

_____ / Debtor

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C. § 101(8), filing a case under chapter 7, 11, or 13, you must report all information requested below.

☒ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

This information is for statistical purposes only under 28 U.S.C. § 159.

Summarize the following types of liabilities, as reported in the Schedules, and total them.

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | $ |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | $ |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | $ |
| Student Loan Obligations (from Schedule F) | $ |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | $ |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | $ |
| **TOTAL** | $ |

State the following:

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | $ |
| Average Expenses (from Schedule J, Line 18) | $ |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20) | $ |

State the following:

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | $ |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | $ | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | $ |
| 4. Total from Schedule F | | $ |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | $ |

In re _Anil   Bembey_ _____     Case No. _10-11577_
                        Debtor                                                    (if known)

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY AN INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _26_ sheets, and that they are true and correct to the best of my knowledge, information and belief.

Date: _5/20/2010_ _____     Signature _/s/ Anil   Bembey_ _____
                                                         _Anil   Bembey_

[If joint case, both spouses must sign.]

Penalty for making a false statement or concealing property: Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

In re *Anil   Bembey*
_____ ,      Case No. *10-11577*
_____
         Debtor(s)                                                              (if known)

# SCHEDULE A-REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim."

If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| *870 Butler Avenue, Santa Rosa, CA 95407* | *Fee Simple* | | *$ 600,000.00* | *$ 600,000.00* |
| | | | | |

No continuation sheets attached

**TOTAL $**
**(Report also on Summary of Schedules.)**      *600,000.00*

In re <u>Anil Bembey</u> ,     Case No. <u>10-11577</u>
Debtor(s)
(if known)

# SCHEDULE B-PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether the husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G-Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property." If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1. Cash on hand. | | *Cash in safety deposit box at Bank of the West* <br> *Location: In debtor's possession* | | $ 12,000.00 |
| 2. Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | *Bank of the West Business Checking Acct. #2803* <br> *Location: In debtor's possession* | | $ 162.00 |
| | | *Circle Bank Checking Acct. #8110* <br> *Location: In debtor's possession* | | $ 1,100.33 |
| | | *First Community Business Checking #1961* <br> *Location: In debtor's possession* | | $ 68.86 |
| | | *Scottrade Account #2749* <br> *Location: In debtor's possession* | | $ 417.00 |
| | | *Wells Fargo Advisor Account #6535* <br> *Location: In debtor's possession* | | $ 266.80 |
| 3. Security deposits with public utilities, telephone companies, landlords, and others. | | *PG&E Security Deposit* <br> *Location: In debtor's possession* | | $ 400.00 |
| 4. Household goods and furnishings, including audio, video, and computer equipment. | | *Furniture, Audio, misc. household items* <br> *Location: In debtor's possession* | | $ 2,000.00 |

Case: 10-11577    Doc# 14    Filed: 05/20/10    Entered: 05/20/10 20:41:23    Page 5 of 29

In re _Anil   Bembey_ _____ ,      Case No. _10-11577_

Debtor(s)                                                                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 5. Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | | _Books, pictures, art, Cds, etc._ _Location: In debtor's possession_ | | $ 500.00 |
| 6. Wearing apparel. | | _Clothes_ _Location: In debtor's possession_ | | $ 1,000.00 |
| 7. Furs and jewelry. | | _Jewelry_ _Location: Safety Deposit Box w/ Bank of the West_ | | $ 2,000.00 |
| 8. Firearms and sports, photographic, and other hobby equipment. | | _Firearms, safes and hobby equipment; see attachment_ _Location: In debtor's possession_ | | $ 16,510.00 |
| 9. Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | _X_ | | | |
| 10. Annuities. Itemize and name each issuer. | _X_ | | | |
| 11. Interest in an education IRA as defined in 26 U.S.C. 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. 521(c).) | _X_ | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | _X_ | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | | _100% membership in Shanker Nivas, LLC_ _Location: In debtor's possession_ | | $ 0.00 |
| | | _100% of the stock in Equity Edge, a dormant corp._ _Location: In debtor's possession_ | | $ 0.00 |
| | | _ZAP stock held at Wells Fargo Advisors Acct. #6535_ _Location: In debtor's possession_ | | $ 240.00 |

Case: 10-11577    Doc# 14    Filed: 05/20/10    Entered: 05/20/10 20:41:23    Page 6 of 29

In re *Anil  Bembey* _____ ,     Case No. *10-11577*
  Debtor(s)                                                                          (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 14. Interests in partnerships or joint ventures. Itemize. | | *50% partner interest in Butler Vines* *Location: In debtor's possession* | | *$ 12,500.00* |
| 15. Government and corporate bonds and other negotiable and non-negotiable instruments. | X | | | |
| 16. Accounts Receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule of Real Property. | X | | | |
| 20. Contingent and non-contingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as described in 11 U.S.C. 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers and other vehicles and accessories. | | *2004 Dodge Durango* *Location: In debtor's possession* | | *$ 9,000.00* |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | | *Office Equipment* *Location: In debtor's possession* | | *$ 1,000.00* |

Page ___3___ of ___4___

Case: 10-11577    Doc# 14    Filed: 05/20/10    Entered: 05/20/10 20:41:23    Page 7 of 29

In re  *Anil   Bembey*_____,     Case No. *10-11577*_____
            Debtor(s)                                                                        (if known)

# SCHEDULE B-PERSONAL PROPERTY

(Continuation Sheet)

| Type of Property | N o n e | Description and Location of Property | Husband--H Wife--W Joint--J Community--C | Current Value of Debtor's Interest, in Property Without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 29. Machinery, fixtures, equipment and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | | *Farming equipment* *Location: In debtor's possession* | | $ 1,200.00 |
| 34. Farm supplies, chemicals, and feed. | | *Farm supplies* *Location: In debtor's possession* | | $ 450.00 |
| 35. Other personal property of any kind not already listed. Itemize. | | *Catering equipment* *Location: In debtor's possession* | | $ 800.00 |
| | | | **Total** ➤ | $ 61,614.99 |

(Report total also on Summary of Schedules.)

Page __4__ of __4__

Include amounts from any continuation sheets attached.

Case: 10-11577    Doc# 14    Filed: 05/20/10    Entered: 05/20/10 20:20:29

In re <u>**Anil Bembey**</u> ,
Case No. <u>*10-11577*</u>

Debtor(s)

<span style="text-align:right">(if known)</span>

# SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

Debtor claims the exemptions to which debtor is entitled under:      ☐ Check if debtor claims a homestead exemption that exceeds $146,450.*

(Check one box)

☐ 11 U.S.C. § 522(b) (2)

☒ 11 U.S.C. § 522(b) (3)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| *Cash* | *Calif. C.C.P. §703.140(b)(5)* | $ 12,000.00 | $ 12,000.00 |
| *Bank of the West Business Checking Acct. #2803* | *Calif. C.C.P. §703.140(b)(5)* | $ 162.00 | $ 162.00 |
| *Circle Bank Checking Acct. #8110* | *Calif. C.C.P. §703.140(b)(5)* | $ 1,100.33 | $ 1,100.33 |
| *First Community Bank Business Checking Acct. #1961* | *Calif. C.C.P. §703.140(b)(5)* | $ 68.86 | $ 68.86 |
| *Scottrade Account #2749* | *Calif. C.C.P. §703.140(b)(5)* | $ 417.00 | $ 417.00 |
| *Wells Fargo Advisor Account* | *Calif. C.C.P. §703.140(b)(5)* | $ 266.80 | $ 266.80 |
| *Furniture, Audio, misc. household items* | *Calif. C.C.P. §703.140(b)(3)* | $ 2,000.00 | $ 2,000.00 |
| *Books, pictures, art, Cds, etc.* | *Calif. C.C.P. §703.140(b)(3)* | $ 500.00 | $ 500.00 |
| *Clothes* | *Calif. C.C.P. §703.140(b)(3)* | $ 1,000.00 | $ 1,000.00 |
| *Jewelry* | *Calif. C.C.P. §703.140(b)(4)* | $ 1,425.00 | $ 2,000.00 |
| *Firearms, safes and hobby equipment* | *Calif. C.C.P. §703.140(b)(5)* | $ 3,570.01 | $ 16,510.00 |
| *ZAP stock held at Wells Fargo Advisors Acct. #6535* | *Calif. C.C.P. §703.140(b)(5)* | $ 240.00 | $ 240.00 |
| *Partnership with with AJ Vines, LLC* | *Calif. C.C.P. §703.140(b)(5)* | $ 3,250.00 | $ 12,500.00 |

Page No. <u> 1 </u> of <u> 2 </u>

Case: 10-11577   Doc# 14   Filed: 05/30/10   Entered: 05/20/10 20:41:23   Page 9 of 29

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

In re _Anil  Bembey_ ,  Case No. _10-11577_

Debtor(s)  (if known)

## SCHEDULE C-PROPERTY CLAIMED AS EXEMPT

(Continuation Sheet)

| Description of Property | Specify Law Providing each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemptions |
|---|---|---|---|
| 2004 Dodge Durango | Calif. C.C.P. §703.140(b)(2) | $ 521.58 | $ 9,000.00 |
| Office Equipment | Calif. C.C.P. §703.140(b)(5) | $ 1,000.00 | $ 1,000.00 |
| Farming equipment | Calif. C.C.P. §703.140(b)(6) | $ 950.00 | $ 1,200.00 |
| Farm supplies | Calif. C.C.P. §703.140(b)(6) | $ 450.00 | $ 450.00 |
| Catering equipment | Calif. C.C.P. §703.140(b)(6) | $ 800.00 | $ 800.00 |

Page No. __2__ of __2__

* Amount subject to adjustment on 4/1/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

B6D (Official Form 6D) (12/07)

In re <u>Anil Bembey</u> , Case No. <u>10-11577</u>
             **Debtor(s)**                                                                        **(if known)**

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is the creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H – Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim Without Deducting Value of Collateral" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion, if Any" on the Statistical Summary of Certain

☐ Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| Creditor's Name and Mailing Address Including ZIP Code and Account Number *(See Instructions Above.)* | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: *9897*<br><br>*Creditor # : 1*<br>*Bac Home Loans Servici*<br>*450 American St*<br>*Simi Valley CA 93065* | | *2004-03-11*<br>*Second Deed of Trust*<br>*870 Butler Avenue, Santa Rosa,*<br>*CA 95407*<br><br>Value: *$ 600,000.00* | | | | $ 236,457.52 | $ 113,979.91 |
| Account No: *1982*<br><br>*Creditor # : 2*<br>*Bac Home Loans Servici*<br>*450 American St*<br>*Simi Valley CA 93065* | | *2003-03-18*<br>*First Deed of Trust*<br>*870 Butler Avenue, Santa Rosa,*<br>*CA 95407*<br><br>Value: *$ 600,000.00* | | | | $ 477,522.39 | $ 0.00 |
| Account No: *4808*<br><br>*Creditor # : 3*<br>*Carriage Motors*<br>*3180 Carriage Rosa Avenue*<br>*Santa Rosa CA 95407* | | *3/2010*<br>*vehicle lien*<br>*2004 Dodge Durango*<br><br>Value: *$ 9,000.00* | | | | $ 8,478.42 | $ 0.00 |

<u> 1 </u> continuation sheets attached

Subtotal $    $ 722,458.33    $ 113,979.91
(Total of this page)

Total $
(Use only on last page)

(Report also on Summary of Schedules.)      (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data)

B6D (Official Form 6D) (12/07) - Cont.

In re Anil Bembey _____ , Case No. 10-11577 _____
                Debtor(s)                                                    (if known)

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

(Continuation Sheet)

| Creditor's Name and Mailing Address Including ZIP Code and Account Number (See Instructions Above.) | Co-Debtor | Date Claim was Incurred, Nature of Lien, and Description and Market Value of Property Subject to Lien H--Husband W--Wife J--Joint C--Community | Contingent | Unliquidated | Disputed | Amount of Claim Without Deducting Value of Collateral | Unsecured Portion, If Any |
|---|---|---|---|---|---|---|---|
| Account No: Creditor # : 4 Interest Income Partners, L.P. P.O. Box 11087 San Rafael CA 94912 | | 1/5/2006 Third Deed of Trust 870 Butler Avenue, Santa Rosa, CA 95407 Value: $ 600,000.00 | | | | $ 200,000.00 | $ 200,000.00 |
| Account No: Creditor # : 5 Interest Income Partners, L.P. P.O. Box 11087 San Rafael CA 94912 | | 8/25/2005 Fourth Deed of Trust 870 Butler Avenue, Santa Rosa, CA 95407 Value: $ 600,000.00 | | | | $ 100,000.00 | $ 100,000.00 |
| Account No: Creditor # : 6 Interest Income Partners, L.P. P.O. Box 11087 San Rafael CA 94912 | | 5/19/2005 Fifth Deed of Trust 870 Butler Avenue, Santa Rosa, CA 95407 Value: $ 600,000.00 | | | | $ 215,000.00 | $ 215,000.00 |
| Account No: Creditor # : 7 P.W. Stephens, Inc. 15201 Pipeline Lane, Unit B Huntington Beach CA 92649 | | 12/2009 Mechanic's lien 870 Butler Avenue, Santa Rosa, CA 95407 Value: $ 600,000.00 | | | | $ 6,483.00 | $ 6,483.00 |
| Account No: Creditor # : 8 Greg Service PO Box 9423 Santa Rosa CA 95405 | | 3/4/2009 Judgment Lien 870 Butler Avenue, Santa Rosa, CA 95407 Abstract of jmt. recorded Value: $ 600,000.00 | | | | $ 4,774.00 | $ 4,774.00 |
| Account No: | | Value: | | | | | |

Sheet no. 1 of 1 continuation sheets attached to Schedule of Creditors
Holding Secured Claims

| | | |
|---|---|---|
| Subtotal $ (Total of this page) | $ 526,257.00 | $ 526,257.00 |
| Total $ (Use only on last page) | $ 1,248,715.33 | $ 640,236.91 |
| | (Report also on Summary of Schedules.) | (If applicable, report also on Statistical Summary of Certain Liabilities and Related Data) |

In re **Anil Bembey** _____,  Case No. **10-11577** _____
 _____**Debtor(s)** _____ (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts NOT entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS**  (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $11,725* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $5,775* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,600* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☒ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507(a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on 4/01/13, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_1_ **continuation sheets attached**

In re <u>Anil   Bembey</u> , Case No. <u>10-11577</u>

**Debtor(s)** (if known)

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

(Continuation Sheet)

Type of Priority for Claims Listed on This Sheet: *Taxes and Certain Other Debts Owed to Governmental Units*

| Creditor's Name, Mailing Address Including ZIP Code, and Account Number *(See instructions above.)* | Co-Debtor | Date Claim was Incurred and Consideration for Claim | | Contingent | Unliquidated | Disputed | Amount of Claim | Amount Entitled to Priority | Amount not Entitled to Priority, if any |
|---|---|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | | | |
| Account No: *3715* <br> *Creditor # : 1* <br> *CA B of E* <br> *PO Box 942879* <br> *Sacramento CA 94279* | X | *For notice only.* <br> *debt of LLC* | | | | | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: <br> *Creditor # : 2* <br> *Franchise Tax Board* <br> *P.O. Box 942857* <br> *Sacramento CA 94240-0000* | | *For notice only.* <br> *Equity Edge Corp. debt* | | | | X | $ 0.00 | $ 0.00 | $ 0.00 |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |
| Account No: | | | | | | | | | |

Sheet No. _1_ of _1_ continuation sheets attached to Schedule of Creditors Holding Priority Claims

| | | |
|---|---|---|
| **Subtotal $** (Total of this page) | | |
| **Total $** (Use only on last page of the completed Schedule E. Report total also on Summary of Schedules) | *0.00* | |
| **Total $** (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and | | *0.00* |  *0.00* |

In re _Anil   Bembey_ ,  Case No. _10-11577_
                                            (if known)
        **Debtor(s)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed.  R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedules. Report this total also on

☐ Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> **Creditor # : 1** <br> **A-1 Refrigeration** <br> **PO Box 462** <br> **Santa Rosa CA 95402** | | | *For Notice Only - debt of LLC* | | | X | $ 0.00 |
| Account No:  **6405** <br> **Creditor # : 2** <br> **ADT Security Services, Inc** <br> **c/o Law Offices of Serota** <br> **3715 Ventura Drive** <br> **Arlington Height IL 60004** | | | *For Notice Only - debt of LLC* | | | X | $ 0.00 |
| Account No:  **0001** <br> **Creditor # : 3** <br> **After Hours Auto Recovery** <br> **1627 Marine World PKWY** <br> **Vallejo CA 94589** | | | *Vehicle repossession* <br> *for notice only - debt of LLC* | | | X | $ 0.00 |
| Account No:  **3701** <br> **Creditor # : 4** <br> **Allied Alarms** <br> **3009 Coffey Lane, Ste. B** <br> **Santa Rosa CA 95403** | | | *For Notice Only - debt of LLC* | | | X | $ 0.00 |

_8_ continuation sheets attached

Subtotal $  $ 0.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>Anil  Bembey</u> ,                                              Case No. <u>10-11577</u>
                        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| | | H--Husband W--Wife J--Joint C--Community | | | | | |
| Account No: **10-B** <br> **Creditor # : 5** <br> **Allied Insurance** <br> **c/o RMS** <br> **77 Hartland St., Ste. 401** <br> **East Hartford CT 06128-0431** | | | **For Notice Only - debt of LLC** | | | X | **$ 0.00** |
| Account No: **2150** <br> **Creditor # : 6** <br> **AT&T** <br> **Payment Center** <br> **Sacramento CA 95887-0001** | | | **2009-09-08** <br> **telephone services** <br> **Disputed** | | | X | **$ 541.00** |
| Account No: **2150** <br> **Representing:** <br> **AT&T** | | | **ENHANCED RECOVERY CORP** <br> **8014 BAYBERRY RD** <br> **JACKSONVILLE FL 32256** | | | | |
| Account No: **7780** <br> **Creditor # : 7** <br> **AT&T** <br> **Business Services** <br> **PO Box 78230** <br> **San Francisco CA 94107** | | | **For Notice Only - debt of LLC** | | | | **$ 0.00** |
| Account No: **3715** <br> **Creditor # : 8** <br> **Bank of Alameda** <br> **2130 Otis Drive** <br> **Alameda CA 94501** | X | | **2005** <br> **Guaranty of LLC debt** | X | | | **$ 1,085,000.00** |
| Account No: **9748** <br> **Creditor # : 9** <br> **Bank Of America** <br> **Po Box 17054** <br> **Wilmington DE 19850** | | | **2000-07-06** <br> **line of credit** | | | | **$ 113,907.00** |

Sheet No. <u>1</u> of  <u>8</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $                          **$ 1,199,448.00**
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re <u>Anil  Bembey</u>                                        , Case No. <u>10-11577</u>
                **Debtor(s)**                                                              **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: <br> Creditor # : 10 <br> BDK Septic <br> PO Box 7641 <br> Santa Rosa CA 95407 | | | *For Notice Only - debt of LLC* | | | X | $ 0.00 |
| Account No:  5113 <br> Creditor # : 11 <br> Care Credit Dental <br> C/O CACH LLC <br> 370 17TH ST STE 5000 <br> Denver CO 80202 | | | 2009-09-23 <br> services provided | | | | $ 1,433.00 |
| Account No:  5151 <br> Creditor # : 12 <br> Chase <br> 800 Brooksedge Blvd. <br> Westerville OH 43081 | X | | 2005-06-30 <br> Credit Card | | | | $ 14,583.00 |
| Account No:  1985 <br> Creditor # : 13 <br> Chase <br> 800 Brooksedge Blvd. <br> Westerville OH 43081 | | | 2005-05-02 <br> Credit Card | | | | $ 9,029.00 |
| Account No:  4060 <br> Creditor # : 14 <br> Chase <br> 800 Brooksedge Blvd. <br> Westerville OH 43081 | X | | 2003-05-13 <br> Credit Card | | | | $ 35,733.00 |
| Account No:  2788 <br> Creditor # : 15 <br> Chase Bank Usa  Na <br> 800 Brooksedge Blvd <br> Westerville OH 43081 | | | 2010-01-27 <br> Credit Card | | | | $ 40,122.00 |

Sheet No. __2__ of __8__ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $  $ 100,900.00
Total $
(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

Case: 10-11577   Doc# 14   Filed: 05/20/10   Entered: 05/20/10 20:41:23   Page 17 of 29

In re <u>Anil Bembey</u> ,　　　　Case No. <u>10-11577</u>

**Debtor(s)**　　　　　　　　　　　　　　　　　　(if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No.　2788 <br><br> *Representing:* <br> *Chase Bank Usa  Na* | | | LTD FINANCIAL SVCS LP <br> 7322 SOUTHWEST FWY STE 1 <br> HOUSTON TX 77074 | | | | |
| Account No.　9782 <br><br> *Creditor # : 16* <br> *Chevron* <br> *PO Box 9560* <br> *Concord CA 94524-1901* | X | | *For Notice Only - debt of LLC* | | | X | $ 0.00 |
| Account No.　0763 <br><br> *Creditor # : 17* <br> *CITIBusiness cards M/Card* <br> *PO Box 6537* <br> *The Lakes NV 88901* | X | | *Credit Card* | | | | $ 40,267.00 |
| Account No.　5263 <br><br> *Creditor # : 18* <br> *CITIBusiness Cards Visa* <br> *PO Box 6537* <br> *The Lakes NV 88901* | X | | *Credit Card* | | | | $ 16,558.00 |
| Account No.　2379 <br><br> *Creditor # : 19* <br> *City of Santa Rosa* <br> *PO Box 1658* <br> *Santa Rosa CA 95402* | | | *For Notice Only* | | | | $ 0.00 |
| Account No.　7277 <br><br> *Creditor # : 20* <br> *Clark Pest Control* <br> *c/o Coast to Coast Financial S* <br> *PO Box 2086* <br> *Thousand Oaks CA 91358-2086* | | | *For Notice Only* | | | | $ 0.00 |

Sheet No. ___3___ of ___8___ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $　$ 56,825.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Anil  Bembey_____,    Case No. _10-11577_____
        **Debtor(s)**                                                    (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No:    7186 | | | | | | | $ 0.00 |
| Creditor # : 21 Comcast c/o Credit Management, LP PO Box 118288 Carrollton TX 75011-8288 | | | For Notice Only | | | | |
| Account No: | | | | | | | $ 0.00 |
| Creditor # : 22 Federal Express Corporation c/o North Shore Agency, Inc 270 Spagnoli Road Melville NY 11747 | | | For notice only | | | | |
| Account No:    0218 | X | | 2005-01-13 Credit Card | | | | $ 23,560.00 |
| Creditor # : 23 Fia Csna Po Box 17054 Wilmington DE 19850 | | | | | | | |
| Account No:    6631 | | | 2009-11-25 Credit Card | | | | $ 1,542.00 |
| Creditor # : 24 Ge Capital Corp. 5 Revere Drive Northbrook IL 60062 | | | | | | | |
| Account No:    6631 | | | EQUABLE ASCENT FINANCI 5 REVERE DR NORTHBROOK IL 60062 | | | | |
| Representing: Ge Capital Corp. | | | | | | | |
| Account No:    7615 | | | 2006-04-05 Credit Card | | | | $ 1,433.00 |
| Creditor # : 25 Gemb/care Credit Po Box 981439 El Paso TX 79998 | | | | | | | |

Sheet No.  _4_  of  _8_  continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $          $ 26,535.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of
Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re _Anil   Bembey_ ,                                                    Case No. _10-11577_
                    **Debtor(s)**                                                              (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 2726 Creditor # : 26 Gemb/cost Plus World M Po Box 981439 El Paso TX 79998 | | | 2007-10-19 Credit Card Duplicate Listing | | | | $ 1,541.00 |
| Account No: 9152 Creditor # : 27 Home Depot-Advantage America PO Box 6029 Home Depot Credit Services The Lakes NV 88901-6029 | X | | Credit Card | | | | $ 2,600.00 |
| Account No: 8732 Creditor # : 28 Hsbc Bank Nev Best B PO Box 15524 Wilmington DE 19850 | | | 2009-12-14 Credit Card | | | | $ 2,691.00 |
| Account No: 8732 Representing: Hsbc Bank Nev Best B | | | LVNV FUNDING LLC PO BOX 740281 HOUSTON TX 77274 | | | | |
| Account No: Creditor # : 29 Interest Income Partners, L.P. P.O. Box 11087 San Rafael CA 94912 | | | For Notice Only | | | | $ 0.00 |
| Account No: 6240 Creditor # : 30 Les Schwab Tires Po Box5350 Bend OR 97708 | | | 2003-06-07 Credit Account | | | | $ 372.00 |

Sheet No. _5_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $    $ 7,204.00

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

B6F (Official Form 6F) (12/07) - Cont.

In re <u>Anil  Bembey</u> , Case No. <u>10-11577</u>
           **Debtor(s)**                                                         (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number (See instructions above.) | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| Account No: 5242 <br> Creditor # : 31 <br> Macy's <br> PO Box 8053 <br> Mason OH 45040 | | | Credit Card | | | | $ 100.00 |
| Account No: 2714 <br> Creditor # : 32 <br> Macy's Visa <br> PO Box 8053 <br> Mason OH 45040 | | | Credit Card | | | | $ 300.00 |
| Account No: <br> Creditor # : 33 <br> Merry Edwards Wines <br> 2959 Gravenstein Hwy North <br> Sebastopol CA 95472 | | | For Notice Only | | | | $ 0.00 |
| Account No: <br> Creditor # : 34 <br> Michael Miller <br> Perry Law Offices <br> PO Box 1028 <br> Santa Rosa CA 95402 | | | attorneys fees and costs | | | | $ 2,334.36 |
| Account No: <br> Creditor # : 35 <br> Mission Linen <br> 550 Florida Street <br> San Francisco CA 94110-1415 | | | For Notice Only | | | | $ 0.00 |
| Account No: 3700 <br> Creditor # : 36 <br> National City Card Ser <br> 1 National City Pkwy <br> Kalamazoo MI 49009 | X | C | 2003-11-06 <br> Credit Card | | | | $ 10,145.00 |

Sheet No. <u>6</u> of <u>8</u> continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal $       $ 12,879.36

Total $

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Anil   Bembey_____ ,                    Case No. _10-11577_____
                     **Debtor(s)**                                                        (if known)

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** <br> Creditor # : 37 <br> Nicholson Ranch Wines <br> 4200 Napa road <br> Sonoma CA 95476 | | | Purchase of Wine | | | | $ 1,200.00 |
| **Account No:** 2528 <br> Creditor # : 38 <br> PG&E <br> P.O. Box 997500 <br> Sacramento CA 95899-7300 | | | For Notice Only | | | | $ 0.00 |
| **Account No:** <br> Creditor # : 39 <br> U.S. Small Business Admin <br> Debt Management Services <br> PO Box 70950 <br> Charlotte NC 28272-0950 | X | | Guaranty of LLC debt | X | | X | $ 55,760.30 |
| **Account No:** <br> Creditor # : 40 <br> Sonoma Law Group <br> 445 Orchard Street <br> Suite 204 <br> Santa Rosa CA 95404 | | | 4/22/10 <br> Professional services rendered | | | | $ 1,826.45 |
| **Account No:** 6629 <br> Creditor # : 41 <br> Toyota Financial Services <br> PO Box 15012 <br> Chandler AZ 85244-5012 | | | 2010 <br> Deficiency after sale of vehicle <br> Debt of Shanker Nivas, LLC <br> For Notice Only | | | X | $ 0.00 |
| **Account No:** <br> Creditor # : 42 <br> Western Liquors Beers <br> 30982 Huntswood Ave. <br> Suite 203 <br> Hayward CA 945448 | | | For notice only <br> Debt of LLC | | | | $ 0.00 |

Sheet No. _7_ of _8_ continuation sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                                                        **Subtotal $**          $ 58,786.75
                                                        **Total $**
                    (Use only on last page of the completed Schedule F. Report also on Summary of
                    Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Anil  Bembey_ _____ ,     Case No. _10-11577_ _____

**Debtor(s)**                                             **(if known)**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| Creditor's Name, Mailing Address including Zip Code, And Account Number *(See instructions above.)* | Co-Debtor | H--Husband W--Wife J--Joint C--Community | Date Claim was Incurred, and Consideration for Claim. If Claim is Subject to Setoff, so State. | Contingent | Unliquidated | Disputed | Amount of Claim |
|---|---|---|---|---|---|---|---|
| **Account No:** Creditor # : 43 Western Sonoma County Disposal PO Box 1916 Santa Rosa CA 95402-1916 | | | For notice only Debt of LLC | | | | $ 0.00 |
| **Account No:** Creditor # : 44 Zyromski Konicek 645 Fourth Street Suite 200 Santa Rosa CA 95404 | | | 2010 services provided | | | | $ 360.00 |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |
| **Account No:** | | | | | | | |

Sheet No. _8_ of _8_ continuation sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

**Subtotal $**      $ 360.00

**Total $**      $ 1,462,938.11

(Use only on last page of the completed Schedule F. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related

In re _Anil Bembey_      / Debtor       Case No. _10-11577_

(if known)

# SCHEDULE G-EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State the nature of debtor's interests in contract, i.e., "Purchaser," "Agent," etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract. | Description of Contract or Lease and Nature of Debtor's Interest. State whether Lease is for Nonresidential Real Property. State Contract Number of any Government Contract. |
|---|---|
| _AJ Vines, LLC_<br>_1237 Mitchell Street_<br>_Windsor CA  95492_ | Contract Type:<br>Terms:<br>Beginning date:_4/12/2010_<br>Debtor's Interest:_Partner_<br>Description: _50% Partner in Butler Vines general partnership_<br>_with AJ Vines, LLC_<br>Buyout Option: |

In re <u>**Anil   Bembey**</u>                                                    / Debtor          Case No. <u>*10-11577*</u>

# SCHEDULE H-CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by the debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtors spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if the debtor has no codebtors.

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Shanker Nivas, LLC*<br>*PO Box 3033*<br>*Rohnert Park CA  94927* | *Bank of Alameda*<br>*2130 Otis Drive*<br>*Alameda CA  94501*<br><br>*CA B of E*<br>*PO Box 942879*<br>*Sacramento CA  94279*<br><br>*Chase*<br>*800 Brooksedge Blvd.*<br>*Westerville OH  43081*<br><br>*Chase*<br>*800 Brooksedge Blvd.*<br>*Westerville OH  43081*<br><br>*Chevron*<br>*PO Box 9560*<br>*Concord CA  94524-1901*<br><br>*CITIBusiness cards M/Card*<br>*PO Box 6537*<br>*The Lakes NV  88901*<br><br>*CITIBusiness Cards Visa*<br>*PO Box 6537*<br>*The Lakes NV  88901*<br><br>*Fia Csna*<br>*Po Box 17054*<br>*Wilmington DE  19850*<br><br>*Home Depot-Advantage America*<br>*PO Box 6029*<br>*Home Depot Credit Services*<br>*The Lakes NV  88901-6029* |

In re  <u>Anil   Bembey</u>                                    / Debtor          Case No. <u>10-11577</u>

(if known)

# SCHEDULE H-CODEBTORS

| Name and Address of Codebtor | Name and Address of Creditor |
|---|---|
| *Shanker Nivas, LLC...continued* | *National City Card Ser*<br>*1 National City Pkwy*<br>*Kalamazoo MI  49009*<br><br>*U.S. Small Business Admin*<br>*Debt Management Services*<br>*PO Box 70950*<br>*Charlotte NC  28272-0950* |

In re _Anil Bembey_ ,  Case No. _10-11577_

**Debtor(s)**  (if known)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S)

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: _Single_ | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| | RELATIONSHIP(S): | AGE(S): |

| EMPLOYMENT: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | _Real Estate Agent_ | |
| Name of Employer | _Prudential California Reality_ | |
| How Long Employed | _1 Month_ | |
| Address of Employer | _7300 Healdsburg Avenue_ _Sebastopol CA 95472_ | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | | DEBTOR | SPOUSE |
|---|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ | _3,500.00_ | $ _0.00_ |
| 2. Estimate monthly overtime | $ | _0.00_ | $ _0.00_ |
| 3. SUBTOTAL | $ | _3,500.00_ | $ _0.00_ |
| 4. LESS PAYROLL DEDUCTIONS | | | |
| a. Payroll taxes and social security | $ | _500.00_ | $ _0.00_ |
| b. Insurance | $ | _0.00_ | $ _0.00_ |
| c. Union dues | $ | _0.00_ | $ _0.00_ |
| d. Other (Specify): | $ | _0.00_ | $ _0.00_ |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ | _500.00_ | $ _0.00_ |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ | _3,000.00_ | $ _0.00_ |
| 7. Regular income from operation of business or profession or farm (attach detailed statement) | $ | _0.00_ | $ _0.00_ |
| 8. Income from real property | $ | _0.00_ | $ _0.00_ |
| 9. Interest and dividends | $ | _0.00_ | $ _0.00_ |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above. | $ | _0.00_ | $ _0.00_ |
| 11. Social security or government assistance (Specify): | $ | _0.00_ | $ _0.00_ |
| 12. Pension or retirement income | $ | _0.00_ | $ _0.00_ |
| 13. Other monthly income (Specify): _Income from partnership_ | $ | _500.00_ | $ _0.00_ |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ | _500.00_ | $ _0.00_ |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ | _3,500.00_ | $ _0.00_ |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15; if there is only one debtor repeat total reported on line 15) | $ | _3,500.00_ | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:

_Debtor is pursuing additional part-time employment._
_Debtor intends to rent a portion of his residence to a roommate for apx. $1,500 per month._
_Debtor hopes to make $6,000 in 2010 for 2008 wine sales._

**In re** _Anil Bembey_ ,                                        **Case No.** _10-11577_

**Debtor(s)**                                                                    (if known)

# SCHEDULE J-CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR

Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22 A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | | |
|---|---|---|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ | 0.00 |
| a. Are real estate taxes included? Yes ☐ No ☐ | | |
| b. Is property insurance included? Yes ☐ No ☐ | | |
| 2. Utilities: a. Electricity and heating fuel | $ | 200.00 |
| b. Water and sewer | $ | 0.00 |
| c. Telephone | $ | 200.00 |
| d. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 3. Home maintenance (repairs and upkeep) | $ | 100.00 |
| 4. Food | $ | 300.00 |
| 5. Clothing | $ | 200.00 |
| 6. Laundry and dry cleaning | $ | 100.00 |
| 7. Medical and dental expenses | $ | 0.00 |
| 8. Transportation (not including car payments) | $ | 100.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ | 50.00 |
| 10. Charitable contributions | $ | 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | | |
| a. Homeowner's or renter's | $ | 75.00 |
| b. Life | $ | 0.00 |
| c. Health | $ | 200.00 |
| d. Auto | $ | 73.00 |
| e. Other | $ | 0.00 |
| Other | $ | 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage) | | |
| (Specify) | $ | 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | | |
| a. Auto | $ | 320.00 |
| b. Other: | $ | 0.00 |
| c. Other: | $ | 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ | 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ | 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ | 0.00 |
| 17. Other: | $ | 0.00 |
| Other: | $ | 0.00 |
| | | 0.00 |
| 18. AVERAGE MONTHLY EXPENSES  Total lines 1-17. Report also on Summary of Schedules | $ | 1,918.00 |
| and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | | |
| 19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document: | | |
| 20. STATEMENT OF MONTHLY NET INCOME | | |
| a. Average monthly income from Line 16 of Schedule I | $ | 3,500.00 |
| b. Average monthly expenses from Line 18 above | $ | 1,918.00 |
| c. Monthly net income (a. minus b.) | $ | 1,582.00 |

Schedule of Firearms

**Shot Guns**

1. Verona Grade 4  O/U, .410 26 in Barrels                $ 900 w/case & chokes
2. Beretta Silver Pigeon Grade 2, 28 Ga. 26 in Barrels      $ 900 w/Hard Case, soft case & chokes
3. Benelli 20 Ga. Camo. Auto., 26 in Barrel          $ 1000 w/case, pattern master  & chokes
4. Beretta 390 Camo. 12 Ga. Auto.28 in Barrel ( paint is beat up ) $ 600 w/case, pattern master & chokes
5. Beretta Xtrema  Camo 12 Ga. Auto.28 in Barrel $ 1100 ( new ) w/case, pattern master & chokes
6. Browning Gold Hunter Matt Black Auto, 28 in Barrel  $ 900 w/case & chokes
7. Beretta 680 E Gold O/U Grade 2. 32 in Barrels, adjust comb, ported, $ 2500 w/case. Seminole & factory chokes
8. Browning 425 O/U Grade1, 30 in Barrels, ported. Recoil Reduction System in Stock. $ 1500 Seminole & Factory chokes w/case.
9. Beretta 391 Auto, ported 28 in Barrels, $ 1000 Competition Gun, with Barrel weight,3.5 lb trigger, back bored, palm swell, Seminole & factory chokes w/case.
10. Remington Peerless  O/U 28 in Barrels, ported. Aftermarket chokes, ported with case & chokes $ 700
11. Browning Pump 26, in Barrels, ported, bottom ejector made in Japan, very clean $ 500
12. Winchester .22 Air Rifle 1000 FPS, with Scope and case $ 200
    **Rifles & Handguns**
13. Browning 7 mm. Magnum with BOSS & Leopold 3x9 variable scope with case, $ 1500. Matt Black, brush steel finish, free floating barrel, with Aluminum Travel hard case & soft case. Awesome Rifle !
14. Browning .270 Win. Matt Black, brushed steel finish, scope mount. W/case $ 700
15. Beretta 9mm. 92 FS, Matt Black, Trijicon night sights, 15 shot clips. Amazing! $ 700 w/hard case

Browning Sterling Gun Safe $ 1500.

Various Ammunition $ 250

Total Valuation- $ 15,010.