Steven M. Olson, Esq. (Cal. Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

ANIL BEMBEY, dba Anil's Fine Foods,
dba Blooming Rose Vineyards,

    Debtor.
_____/

Case No. 10-11577
(Chapter 12)

## MOTION TO VALUE LIENS

Anil Bembey, dba Anil's Fine Foods, dba Blooming Rose Vineyards (the "Debtor"), shows as follows:

### I.

### RELIEF REQUESTED

1. The Debtor requests that the Court determine, pursuant to Federal Rule of Bankruptcy Procedure 3012, that (1) the value of the secured claim of BAC Home Loans Servicing, LP ("BAC"), regarding the second deed of trust against the real property and improvements located at 870 Butler Avenue, Santa Rosa, CA 95407 (the "Property") is $27,828.38, an amount equal to the difference between the $500,000 value of the Property and the present payoff of the debt owing to BAC and secured by a first deed of trust against the Property ($472,171.62), and thus the remainder of the subject claim is unsecured, and (2) the value of all of the secured claims of Interest Income Partners (regarding the third, fourth and fifth deeds of trust against the Property), P.W. Stephens, Inc. (regarding its mechanic's lien on the Property), and Greg Service (regarding its judgment lien on the Property) is zero.

//

**MOTION TO VALUE LIENS** - Page 1

## II.

## MOTION

2. On April 29, 2010, the Debtor filed a voluntary petition for relief under Chapter 12 of the Bankruptcy Code.

3. The Debtor's First Amended Chapter 12 Plan (the "Plan") proposes to reamortize debts secured by liens on the Property and to pay nothing to general unsecured creditors.

4. After the Debtor filed his Plan, he obtained an appraisal of the Property. The appraisal, completed by licensed appraiser Michael E. Bryan II, values the Property at $500,000.

5. The Property is encumbered, in descending order of priority, by a first deed of trust in favor of BAC securing payment of a debt in the amount of $472,171.62, a second deed of trust in favor of BAC with respect to a debt in the amount of $236,457.52, third, fourth and fifth deeds of trust in favor of Interest Income Partners, L.P. with respect to debts in the respective scheduled amounts of $200,000, $100,000, and $215,000, a judgment lien in favor of Greg Service with respect to a debt in the scheduled amount of $4,774.00, and a mechanic's lien in favor of P.W. Stephens, Inc., with respect to a debt in the scheduled amount of $6,483.00.

6. Accordingly, the debt to BAC relating to its second deed of trust is a secured claim with respect to $27,828.38 of the claim and is a general unsecured claim with respect to the remainder, and the debts to Interest Income Partners, L.P., Greg Service and P.W. Stephens, Inc., are wholly general unsecured claims.

7. This Motion is based upon the foregoing and on the Declarations of the Debtor and Michael E. Bryan, II, submitted herewith.

WHEREFORE, the Debtor respectfully requests that the Court:

1. Determine that (1) the value of the secured claim of BAC Home Loans Servicing, LP ("BAC"), regarding the second deed of trust against the real property and improvements located at 870 Butler Avenue, Santa Rosa, CA 95407 (the "Property") is

1 $27,828.38, an amount equal to the difference between the $500,000 value of the
2 Property and the present payoff of the debt owing to BAC and secured by a first deed of
3 trust against the Property ($472,171.62), and thus the remainder of the subject claim is
4 unsecured, and (2) the value of all of the secured claims of Interest Income Partners
5 (regarding the third, fourth and fifth deeds of trust against the Property), P.W. Stephens,
6 Inc. (regarding its mechanic's lien on the Property), and Greg Service (regarding its
7 judgment lien on the Property) is zero; and

    2.    Grant him such other and further relief, at law or in equity, to which he may be justly entitled..

Dated: September 27, 2010    LAW OFFICE OF STEVEN M. OLSON

BY:   */S/ Steven M. Olson*
      Steven M. Olson
    ATTORNEY FOR DEBTOR