Steven M. Olson, Esq.
    State Bar No. 146120
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>ANIL BEMBEY, dba Anil's Fine Foods, dba Blooming Rose Vineyards,<br><br>    Debtor.<br>_____/ | Case No. 10-11577<br>(Chapter 12) |

**STIPULATION TO MODIFY TIME DEADLINES REGARDING HEARING ON CONFIRMATION OF CHAPTER 12 PLAN, AND ORDER THEREON**

    Anil Bembey, dba Anil's Fine Foods, dba Blooming Rose Vineyards, the Chapter 12 Debtor in the above-captioned case (the "Debtor"), and creditor Interest Income Partners, L.P. ("IIP"), in light of their conditional agreement to resolve their disputes over confirmation of the Debtor's Chapter 12 plan and regarding IIP's motion for relief from stay and motion to dismiss or convert this case, and because the condition to the effect of their agreement will not be satisfied until October 12, 2010, stipulate as follows:

    1.    The deadline for the Debtor and IIP to file direct-testimony declarations and briefs regarding the matters that are set for hearing on Monday, October 18, at 10 a.m., is extended until and including Friday, October 15, 2010.

    2.    IIP's papers objecting to the Debtor's Chapter 12 plan are also deemed to be papers objecting to the Debtor's motion to value the liens of IIP.

//

//

//

//

**STIPULATION TO MODIFY TIME DEADLINES REGARDING HEARING ON CONFIRMATION OF CHAPTER 12 PLAN, AND ORDER THEREON**- Page 1

Case: 10-11577   Doc# 50   Filed: 10/13/10   Entered: 10/13/10 17:38:05   Page 1 of 2

| | | |
|---|---|---|
| 1 | **IT IS SO STIPULATED.** | |
| 2 | Dated: October *11*, 2010 | LAW OFFICE OF STEVEN M. OLSON |
| 3 | | BY: _/S/ Steven M. Olson_ |
| 4 | | Steven M. Olson<br>Attorney for Debtor |
| 6 | Dated: October *11*, 2010 | SCHEER LAW GROUP, LLP |
| 7 | | BY: _/S/ Spencer P. Scheer (via email)_ |
| 8 | | Spencer P. Scheer<br>Attorney for IIP |

**IT IS SO ORDERED.**

Dated: October 13, 2010

Alan Jaroslovsky
U.S. Bankruptcy Judge

**STIPULATION TO MODIFY TIME DEADLINES REGARDING HEARING ON CONFIRMATION OF CHAPTER 12 PLAN, AND ORDER THEREON**- Page 2