Steven M. Olson, Esq. (Cal. Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 214
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In Re<br><br>ANIL BEMBEY, dba Anil's Fine Foods,<br>  dba Blooming Rose Vineyards,<br><br>    Debtor.<br>_____/ | Case No. 10-11577<br>(Chapter 12)<br><br>Date of hearing: October 18, 2010<br>Time: 10:00 a.m.<br>Location: 99 South E Street, Santa Rosa,<br>CA 95404 |

## ORDER GRANTING MOTION TO VALUE LIENS

Anil Bembey, dba Anil's Fine Foods, dba Blooming Rose Vineyards (the "Debtor"); having filed his Motion to Value Liens (the "Motion"), his Notice of Hearing on Motion to Value Liens (the "Notice"), the Declaration of Michael E. Bryan, II, and his Declaration of Anil Bembey (hereafter collectively the "Declarations") in support of the Motion; the Debtor having served the Motion, the Notice and the Declarations on creditors BAC Home Loans Servicing, LP ("BAC"), P.W. Stephens, Inc. ("P.W. Stephens"), Greg Service ("Service"), and Interest Income Partners, L.P. ("IIP"); creditors BAC, P.W. Stephens, and Service having failed to oppose the Motion; creditor IIP having opposed the Motion; and the Debtor and IIP having reached agreement to resolve their dispute over the relief set forth in the Motion; accordingly, it is

ORDERED, that the Motion is granted by default as to BAC, and the value of its secured claim regarding its second deed of trust against the real property and improvements located at 870 Butler Avenue, Santa Rosa, CA 95407 (the "Property") is $27,828.38; and it is further

ORDERED, that the Motion is granted by default as to P.W. Stephens and Service, and the value of their secured claims regarding their asserted liens on the

1  Property is zero; and it is further

2      ORDERED, that the Motion is granted in part as to IIP, by agreement, and the
3  value of its secured claim on its trust deeds on the Property is limited to so that the total
4  amount of IIP's secured claims on the Property is $110,000, with interest and charges to
5  accrue as specified in the Debtor's Chapter 12 plan confirmed in this matter.

7  Dated: October 19, 2010

                                    _____
                                    Alan Jaroslovsky
                                    U.S. Bankruptcy Judge

13  APPROVED AS TO FORM AND CONTENT:

14  Dated: October 19, 2010            LAW OFFICE OF STEVEN M. OLSON

                                       */S/ Steven M. Olson*
16                                  BY: _____
                                       Steven M. Olson
17                                  ATTORNEY FOR DEBTOR

18  Dated: October *15*, 2010           SCHEER LAW GROUP, LLP

                                       */S/ Spencer P. Scheer (via scan-and-email)*
20                                  BY: _____
                                       Spencer P. Scheer
21                                  Attorney for IIP


                                       */S/ David Burchard*
23  Dated: October *19*, 2010        BY: _____
                                       David Burchard
24                                  Chapter 12 Trustee

**ORDER GRANTING MOTION TO VALUE LIENS -** Page 2