David Burchard
Chapter 12 Trustee
P.O. Box 4862
Foster City, CA   94404
415-518-7770

Entered on Docket
August 16, 2011
GLORIA L. FRANKLIN, CLERK
U.S BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA



Signed: August 16, 2011

_____
ALAN JAROSLOVSKY
U.S. Bankruptcy Judge
_____

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Anil Bembey | No. 10-11577 |
| | Chapter 12 |
| Debtor | |

## ORDER TO PAY TRUSTEE'S COMPENSATION AND COSTS OF ADMINISTRATION

Upon the Trustee's application for compensation and costs of administration, and the Court being sufficiently advised, and the creditors' being sufficiently noticed, it is;

**ORDERED** that the application be, and it is , filed of record herein and it is further

**ORDERED** that the Trustee be and he hereby is authorized to issue his check for the trustee's compensation and costs of administration, payable to David Burchard, for the period February 17, 2011 through June 28, 2011 in the amount of  $ 1,286.00.

**END OF ORDER**