Steven M. Olson, Esq. (Cal. Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re

ANIL BEMBEY, dba Anil's Fine Foods,
dba Blooming Rose Vineyards,

    Debtor.
_____/

Case No. 10-11577
(Chapter 12)

Date of hearing: March 27, 2013
Time: 1:30 p.m.
Location: 99 South E Street, Santa Rosa, CA

**APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION TO DEBTOR'S COUNSEL**

    Applicant Law Office of Steven M. Olson shows the court as follows:

    1.    Applicant is the general counsel for Anil Bembey, dba Anil's Fine Foods, dba Blooming Rose Vineyards, the debtor in the above-captioned case (the "Debtor").

    2.    Applicant seeks allowance and payment of fees for services rendered in this case. It also seeks reimbursement for certain out-of-pocket expenses incurred in connection with this representation. Applicant's fee request totals $32,618 (after a voluntary $3,000 reduction), and Applicant's expense-reimbursement request totals $412.56. Applicant received a $7,000 retainer.

    3.    Applicant's request is based upon this application and the Declaration of Steven M. Olson in support of this application.

    WHEREFORE, Applicant requests that the Court allow Applicant's fees in the amount of $32,618 and expense reimbursements in the amount of $412.56, and authorize payment of $26,030.56, the net unpaid balance after application of the retainer.

Dated: March 4, 2013        LAW OFFICE OF STEVEN M. OLSON

                              */S/ Steven M. Olson*
                    BY: _____
                             Steven M. Olson
                            Attorney for Debtor

**APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION TO DEBTOR'S COUNSEL** - Page 1

Case: 10-11577   Doc# 74   Filed: 03/04/13   Entered: 03/04/13 14:52:19   Page 1 of 3

| | |
|---|---|
| 1 | **CERTIFICATE OF SERVICE** |
| 2 | I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Law Office of Steven M. Olson, 100 E Street, Suite 104, Santa Rosa, CA 95404. |
| 3 | |
| 4 | On March 4, 2013, I served the within |
| 5 | **APPLICATION FOR ALLOWANCE AND PAYMENT OF COMPENSATION TO DEBTOR'S COUNSEL** |
| 6 | |
| 7 | on the parties listed on the attached Service List. I served such parties in the manner described as follows: |
| 8 | /X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California. |
| 9 | |
| 10 | /_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List. |
| 11 | |
| 12 | /_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List. |
| 13 | /_/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List. |
| 14 | |
| 15 | I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on March 4, 2013. |
| 16 | |
| 17 | /S/ Jacob M. Faircloth |
| 18 | By: _____ Jacob M. Faircloth |

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | U.S. Trustee |
|   | 235 Pine Street, Suite 700 |
| 3 | San Francisco, CA 94104 |
| 4 | Anil Bembey |
|   | P.O. Box 3032 |
| 5 | Rohnert Park, CA 94927 |
| 6 | David Burchard, Chapter 12 Trustee |
|   | 393 Vintage Park Drive |
| 7 | Suite 150 |
|   | Foster City, CA 94404 |

**APPLICATION FOR ALLOWANCE
AND PAYMENT OF COMPENSATION TO DEBTOR'S COUNSEL** - Page 2