Steven M. Olson, Esq. (Cal. Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Former Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

In Re

ANIL BEMBEY, dba Anil's Fine Foods,
dba Blooming Rose Vineyards,

    Debtor.
_____/

Case No. 10-11577
(Chapter 12)

Date of hearing: May 8, 2013
Time: 1:30 p.m.
Location: 99 South E Street, Santa Rosa, CA

## ORDER GRANTING APPLICATION FOR ALLOWANCE
## AND PAYMENT OF COMPENSATION TO DEBTOR'S FORMER COUNSEL

    Applicant Law Office of Steven M. Olson having filed his Application for Allowance and Payment of Compensation to Debtor's Counsel; Chapter 12 Debtor Anil Bembey having objected to the application and having exercised his right to terminate his attorney-client relationship with Mr. Olson; the Court having heard the application on the date and at the time set forth in the caption; and the relief set forth herein appearing to be well grounded, for the reasons set forth in the Court's May 9, 2013, Memorandum on Application for Compensation; accordingly, it is

    ORDERED, that the application is granted in its entirety, Mr. Olson's fees are allowed in the amount of $32,618 and his expense-reimbursement request is allowed in the amount of $412.56, and the Chapter 12 trustee is authorized to remit payment to Mr. Olson of fees in the amount of $25,618 (the allowed fees minus the $7,000 retainer) and of expense reimbursements in the amount of $412.56.

Dated:  May 17, 2013

                                     Alan Jaroslovsky
                                     Chief Bankruptcy Judge