Official Form 17
(12/04)

# United States Bankruptcy Court
## Northern District Of California

In re <u>ANIL BEMBEY</u>,
        Debtor

Case No.    <u>10-11577</u>
Chapter    <u>12</u>

FILED

MAY 2 3 2013

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## NOTICE OF APPEAL

ANIL BEMBEY, the debtor appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge Alan Jaroslovosky entered in this Order Granting Application For Allowance and Payment of Compensation To Debtor's Former Counsel on the 9th day of May, 2013.

    The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

Applicant and Former Attorney for Debtor:
Steven Olson
Law Offices of Steven Olson
100 E Street, Suite 104
Santa Rosa, CA 95404
(707) 575-1800

Debtor:
Anil Bembey
PO Box 3032
Rohnert Park, CA 94927
(707) 228-6027

Dated: <u>5/23/13</u>

Signed: _____
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: <u>ANIL BEMBEY, IN PRO PER</u>

Address: <u>PO Box 3032</u>

<u>ROHNERT PARK, CA 94927</u>

Telephone No: <u>(707) 228-6027</u>

    If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.
    *If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is LDA4You 128 College Ave, Santa Rosa, CA 95401

On May 23, 2013, I served the within

**NOTICE OF APPEAL**

on the parties listed in the attached Service List. I served such parties in the manner described as follows:

BY MAIL, I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California.

I declare under penalty of perjury, under the Laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on May 23, 2013.

*/s/ Andrew Voller*
Andrew Voller

**SERVICE LIST**

U.S. Trustee
235 Pine Street Ste 700
San Francisco, CA 94104

David Burchard, Chapter 12 Trustee
393 Vintage Park Drive Ste 150
Foster City, CA 94404

Steven M. Olson
100 E Street, Ste 104
Santa Rosa, CA 95404