UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA
OFFICE OF THE CLERK
99 South "E" Street
Santa Rosa, CA 95404

FILED
MAY 24 2013
U.S. BANKRUPTCY COURT
SANTA ROSA, CA

## TRANSMITTAL FORM

TO: Bankruptcy Appellate Panel of the Ninth Circuit, 125 S. Grand Avenue, Pasadena, CA 91105

CASE NAME: Anil Bembey

BANKRUPTCY NO.: 10-11577-AJ

BANKRUPTCY JUDGE: Alan Jaroslovsky

DATE NOTICE OF APPEAL FILED: May 23, 2013

DATE OF ENTRY OF ISSUE: May 9, 2013

DATE BANKRUPTCY FILED: April 29, 2010

NOTICE OF OBJECTION FILED:

DATE OF TRANSMITTAL: May 24, 2013

PLEASE STAMP YOUR CASE NUMBER on a copy of this tranmittal form and return the copy to the bankruptcy court.

Deputy Clerk   Cindy C. Fan