```
                         United States Bankruptcy Court
                         Northern District of California
In re:                                                        Case No. 10-11577-AJ
Anil Bembey                                                   Chapter 12
         Debtor
                              CERTIFICATE OF NOTICE
District/off: 0971-1           User: klau              Page 1 of 2          Date Rcvd: May 29, 2013
                               Form ID: TRANSC         Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
May 31, 2013.
db            +Anil Bembey,    P.O. Box 3032,    Rohnert Park, CA 94927-3032

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                                                                          TOTAL: 0

              ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: May 31, 2013**                          **Signature:**       _/s/ Joseph Speetjens_

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on May 25, 2013 at the address(es) listed below:
              Andrew S. Elliott    on behalf of Creditor    Bank of Alameda ase@severson.com,  pag@severson.com
              David Burchard    TESTECF@burchardtrustee.com, dburchard13@ecf.epiqsystems.com
              David F. Makkabi    on behalf of Creditor    BAC Home Loans Servicing, LP dmakkabi@gmail.com
              Lawrence J. Buckley    on behalf of Creditor    BAC Home Loans Servicing LP notice@bkcylaw.com
              Linh K. Tran    on behalf of Creditor    Roundup Funding, LLC linh.tran@quantum3group.com
              Office of the U.S. Trustee / SR    USTPRegion17.SF.ECF@usdoj.gov,  ltroxas@hotmail.com
              Richard J. Bauer, Jr.    on behalf of Creditor    Wells Fargo Bank, N.A... rbauer@mileslegal.com
              Spencer P. Scheer    on behalf of Creditor    Interest Income Partners sscheer@scheerlawgroup.com
                                                                                                       TOTAL: 8
```

## UNITED STATES BANKRUPTCY COURT
### Northern District of California

| | |
|---|---|
| **In re Debtor(s):**<br><br>Anil Bembey<br>dba   Anil's Fine Foods<br>dba   Blooming Rose Vineyards | Case No.: 10−11577 AJ 12<br>Chapter: 12 |

## NOTICE OF FILING OF TRANSCRIPT
## AND DEADLINES RELATED TO RESTRICTION AND REDACTION

A transcript of the proceeding held on May 8, 2013 was filed on May 25, 2013. The following deadlines apply:

The parties have until Monday, June 3, 2013 to file with the court a Notice of Intent to Request Redaction of this transcript. The deadline for filing a request for redaction is Monday, June 17, 2013.

If a request for redaction is filed, the redacted transcript is due Tuesday, June 25, 2013.

If no such notice is filed, the transcript may be made available for remote electronic access upon expiration of the restriction period, which is Friday, August 23, 2013, unless extended by court order.

To review the transcript for redaction purposes, you may purchase a copy from the transcriber,

Jo McCall
Jo McCall Court Reporting
2868 East Clifton Court
Gilbert, AZ 85297

or you may view the document at the clerk's office public terminal.

Dated: 5/31/13         For the Court:

                      Gloria L. Franklin
                      Clerk of Court
                      United States Bankruptcy Court