# U.S. Bankruptcy Appellate Panel
## of the Ninth Circuit

125 South Grand Avenue, Pasadena, California 91105
Appeals from Central California (626) 229-7220
Appeals from all other Districts (626) 229-7225

FILED

MAY 3 1 2013

U.S. BANKRUPTCY COURT
SANTA ROSA, CA

To: Clerk, Bankruptcy Court

Debtor(s): ANIL BEMBEY

BAP No.: NC-13-1253
Bk. Ct. No.: 10-11577

The Bankruptcy Appellate Panel has received and docketed the notice of appeal referenced in the attached transmittal. The BAP case number is indicated above for your information.

If completion of the record has been delayed, please advise us as to the cause of the delay by completing the following checklist and sending a copy of this letter back to us:

**IF THE RECORD ON APPEAL IS COMPLETE, PLEASE SEND THE CERTIFICATE OF READINESS**

Susan M Spraul, BAP Clerk

By: Freddie Brown, Deputy Clerk
Date: May 29, 2013

    A) REASONS WHY THE RECORD HAS NOT BEEN COMPLETED. THE FOLLOWING ITEMS HAVE NOT BEEN FILED:

        [ ] No Filing Fees paid
        [ ] No Designation of Record
        [ ] No Statement of Issues
        [ ] No Notice Regarding the Transcript
        [ ] No Reporter's Transcript(s)

            Reporter name:_____
            phone:_____
            Judge:_____
            Transcript date(s):_____

        [ ] No Transcript Fees paid
        [ ] Extension of Time Granted to Reporter:
            New deadline:_____
        [ ] Other:_____

    B) DEPUTY CLERK PROCESSING THIS APPEAL

        1. Name:_____
        2. Phone:_____
        3. Date:_____