Steven M. Olson, Esq. (Cal. Bar No. 146120)
LAW OFFICE OF STEVEN M. OLSON
100 E Street, Suite 104
Santa Rosa, CA 95404
Telephone: (707) 575-1800
Facsimile: (707) 575-1867
Email: smo@smolsonlaw.com
Former Attorney for Debtor

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

In Re

ANIL BEMBEY, dba Anil's Fine Foods,
dba Blooming Rose Vineyards,

    Debtor.
_____/

Case No. 10-11577
(Chapter 12)

**APPELLEE'S DESIGNATION OF ADDITIONAL**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

    Appellee Steven M. Olson, in response to the Appellant's Statement of Issues and Designation of the Record on Appeal, hereby designates the following additional items to be included in the record on appeal:

    1.    Docket No. 90: Corrected Transcript from Hearing Held 5/8/2013.

    2.    Docket No. 96: Appellant Designation of Contents for Inclusion in Record On Appeal and Statement of Issues on Appeal.

    3.    Appellee's Exhibits 1 and 2 from hearing on May 8, 2013.

    4.    This Appellee's Designation of Additional Items to be Included in the Record on Appeal.

Dated: June 20, 2013        LAW OFFICE OF STEVEN M. OLSON

BY:   */S/ Steven M. Olson*
            Steven M. Olson

**APPELLEE'S DESIGNATION OF ADDITIONAL**
**ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** - Page 1
Case: 10-11577   Doc# 98   Filed: 06/20/13   Entered: 06/20/13 14:55:40   Page 1 of 3

# CERTIFICATE OF SERVICE

I reside in the County of Sonoma, State of California. I am over the age of 18 years and not a party to the within action. My business address is Law Office of Steven M. Olson, 100 E Street, Suite 104, Santa Rosa, CA 95404.

On June 20, 2013, I served the within

**APPELLEE'S DESIGNATION OF ADDITIONAL
ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL**

on the parties listed on the attached Service List. I served such parties in the manner described as follows:

/X/ (BY MAIL) I placed a copy of the document in sealed envelopes, with postage thereon fully prepaid for First Class Mail, addressed to such parties as have mailing addresses set forth on the attached Service List, for collection and mailing at Santa Rosa, California.

/_/ (BY PERSONAL SERVICE) I caused the document to be delivered by hand to the address(es) noted on the attached Service List.

/_/ (BY FACSIMILE) I caused the document to be transmitted by facsimile machine to such parties as have facsimile numbers set forth on the attached Service List.

/_/ (BY EMAIL) I caused the document to be transmitted by Email to such parties as have Email addresses set forth on the attached Service List.

I declare under penalty of perjury, under the laws of the United States and of the State of California, that the foregoing is true and correct. Executed at Santa Rosa, California, on June 20, 2013.

By: /S/ Jacob M. Faircloth
    _____
    Jacob M. Faircloth

| | |
|---|---|
| 1 | **SERVICE LIST** |
| 2 | U.S. Trustee |
| | 235 Pine Street, Suite 700 |
| 3 | San Francisco, CA 94104 |
| 4 | Anil Bembey |
| | P.O. Box 3032 |
| 5 | Rohnert Park, CA 94927 |
| 6 | David Burchard, Chapter 12 Trustee |
| | 393 Vintage Park Drive |
| 7 | Suite 150 |
| | Foster City, CA 94404 |
| 8 | |
| 9 | |
| 10 | |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | |
| 26 | |
| 27 | |
| 28 | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL** - Page 3